1 | ASCENSION LAW GROUP
2 | PAMELA TSAO( 266734)
    2030 E. 4th Street
    Suite 205
3 | Santa Ana, CA 92705
    PH: 714.783.4220
4 | FAX: 888.505.1033
    Pamela.Tsao@ascensionlawgroup.com
5
    Attorneys for Plaintiff HOANG MINH LE
6

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| HOANG MINH LE, an individual | Case No.: 5:15-cv-02095-DTB |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| vs. | |
| ROWLAND RANCH PROPERTIES, LLC, a limited liability company; and DOES 1 through 10, | |
| Defendants. | |

[PROPOSED] ORDER

Pursuant to the parties' "Stipulation of Voluntary Dismissal With Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above referenced action be and hereby is dismissed in its entirety, with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated  April 20, 2016

Judge, United States District Court,
Central District of California